# Exhibit B

LAW OFFICES
## McCABE, WEISBERG & CONWAY, LLC
SUITE 1400
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
**FAX** (215) 790-1274

March 30, 2021

| | |
|---|---|
| WILLIAM C. MILLER, Esq. | Hadia A Ahmed |
| Chapter 13 Trustee | 31 N Millbourne Avenue |
| P.O. Box 1229 | Upper Darby, PA 19082 |
| Philadelphia, PA 19105 | Via United States Mail |
| Via United States Mail | |

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Via United States Mail

Re:    LoanCare, LLCor its Successor or Assignee vs. Hadia A Ahmed
         Chapter 13/Bankruptcy No. 19-12588-elf

Dear Parties:

We have been advised by our client that payment in accordance with the terms of the Stipulation approved by the Bankruptcy Court have not been made.

In order to cure the default, it will be necessary for your client to pay $8,120.19, to become current under the Stipulation through March 2021, as well as all subsequent payments and late charges that fall due until the date of cure. The arrears are broken down as ten (10) payments, each in the amount of $828.92, representing June 2020 through March 2021, less suspense in the amount of $269.01, plus an additional $100.00 for attorney fees and costs associated with the preparing and sending of this Notice.

You are hereby notified that you have ten (10) days from the date of this letter in which to cure the default set forth above and to pay any subsequent payments that become due in the interim. At the expiration of the 10-day period, if the default has not been cured, I will file a Certification of Default with the Court in order to obtain an Order for relief from the Automatic Stay.

**McCabe, Weisberg & Conway is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

Very truly yours,
*/s/ Lauren M. Moyer*
LAUREN M. MOYER, ESQUIRE
McCABE, WEISBERG & CONWAY, LLC
LMM/cbs