**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:     Hadia A Ahmed<br><br>                    Debtor(s)<br><br>LoanCare, LLC, or its Successor or Assignee<br>                    Movant<br>            vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Hadia A Ahmed<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 19-12588-elf |

**ORDER**

AND NOW, this  26th  day of  April           , 2021, upon Certification of Default under the parties' prior Stipulation,

It is hereby **ORDERED** that the automatic stay of Bankruptcy Code 362(a) and 1301 is, **MODIFIED** to permit LoanCare, LLC, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 31 Millbourne Avenue, Upper Darby, Pennsylvania 19082.

_____
Eric L. Frank
United States Bankruptcy Judge