## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Hadia A Ahmed<br><br>                    Debtor(s)<br><br>LoanCare, LLC, or its Successor or Assignee<br>                    Movant<br>            vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Hadia A Ahmed<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 19-12588-elf |

### CREDITOR, LOANCARE, LLC'S RESPONSE IN OPPOSITION TO
### DEBTOR'S MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY

LoanCare, LLC ("Creditor") is a secured creditor of the above Debtor and by its counsel hereby response in opposition to Debtor's Motion to Vacate Order Granting Relief from Stay as follows:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted, upon information and belief.

5.      Admitted.

6.      Denied.  Creditor is without sufficient information upon which to form a belief as to the truth of this averment, and therefore, it is denied.

7.      Admitted.

8.      Admitted.

9.      Denied.  Creditor is without sufficient information upon which to form a belief as to the truth of this averment, and therefore, it is denied.  By way of further response, at the time Creditor sent a Notice of Default to Debtor, Debtor had outstanding post-petition arrears totaling $8,120.19.  *See* March 30, 2021, Notice of Default, attached as Exhibit B to Doc. 60.

10.      Denied.  Creditor is without sufficient information upon which to form a belief as

to the truth of this averment, and therefore, it is denied.  By way of further response, Debtor's

Counsel has been in contact with the office of Creditor's Counsel to confirm the amount

necessary to cure Debtor's post-petition delinquency, and that information will be shared once

confirmed.

11.      Denied.  Creditor is without sufficient information upon which to form a belief as

to the truth of this averment, and therefore, it is denied.  By way of further response, Debtor's

Counsel has been in contact with the office of Creditor's Counsel to confirm the amount

necessary to cure Debtor's post-petition delinquency, and that information will be shared once

confirmed.

12.      Denied.  Creditor is without sufficient information upon which to form a belief as

to the truth of this averment, and therefore, it is denied.

WHEREFORE, for the foregoing reasons, LoanCare, LLC requests that an Order be

entered denying Debtor's Motion to Vacate Order Granting Relief from Stay and for such other

and further relief as is just.

/s/ Lauren M. Moyer
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
LAUREN M. MOYER, ESQUIRE ID # 320589
JAMES FRENCH, ESQUIRE ID # 319597
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for LoanCare, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com